

# IDAHO DEPARTMENT OF
# HEALTH & WELFARE

C.L. "BUTCH" OTTER - Governor
RUSSELL S. BARRON - Director

CATHERINE LIBBY - Administrator
Division of Operational Services
450 West State Street, 10th Floor
P.O. Box 83720
Boise, Idaho 83720-0036
PHONE 208-334-5912
FAX 208-334-6558

July 9, 2018

Certified Mail #7016 0750 0000 2169 5252

Racine Olson Nye Budge & Bailey, Cht
Patrick N. George
201 E. Center, P.O. Box 1391
Pocatello, Idaho 83204

RE: Contract No. AC057100

Dear Mr. George:

The Department has decided to terminate contract AC057100 between the Department and Racine Olson Nye Budge & Bailey, Cht. effective August 9, 2018. The contract is being terminated for convenience per DHW Special Terms and Conditions, Section X, Remedies, B. Termination of Convenience, *"The Department or the Contractor may cancel the Contract at any time, with or without cause, upon thirty (30) calendar days written notice to the other party specifying the date of termination."*

Based on the most recent report received from your office, additional work is needed to complete dockets 18-1 and 18-4. Please complete all work for docket 18-4 before August 9, 2018. We ask your assistance in transferring Docket 18-1 to the Attorney General's Fair Hearing Unit before August 9, 2018. Once these actions are completed, please submit a final invoice.

If you have any questions concerning this letter, please contact me at (208)-334-5564.

Sincerely,

*[signature]*

IAN HANKE
Administrative Procedures Coordinator, Contract Monitor

cc: DHW Contracting and Procurement Services

*[handwritten annotation: ADMINISTRATIVE DIVISION OF AG OFFICE NOT AN INDEPENDENT FIRM]*

Applicants and participants (and/or family or legal representative, as appropriate) are notified of the opportunity to request a fair hearing each time a decision is made regarding the approval, denial, reduction, or increase in services or program eligibility. When an applicant or participant is authorized for services, the services are entered into the MMIS database and a Notice of Decision is generated and mailed to the participant. On the back of this notice is the participant's appeal instructions.

The applicant/participant (and/or family or legal representative, as appropriate) or his representative has 28 days from date the Notice of Decision was mailed by the Department to request a hearing in writing.

Appeals must be filed in writing and state the appellant's name, address, phone number, and the remedy requested. Appeals should be accompanied by a copy of the Notice of Decision that is the subject of the appeal. The appellant may send the request for a hearing to the Hearing Coordinator, Department of Health & Welfare Administrative Procedures Section or to Medicaid. Medicaid staff will forward the request to the Hearing Coordinator. An appeal is filed when it is received by the Department or postmarked within the time limits. The appellant may request a Fair Hearing Request Form from Medicaid staff if they wish to continue receiving benefits until a decision has been made by the hearing officer. If the participant (and/or family or legal representative, as appropriate) has questions and needs further assistance, the Medicaid staff will refer them to Idaho Legal Aid, one of the State's Ombudsmen, Disability Rights Idaho and/or AAA (Area Agency on Aging).

The applicant/participant (and/or family or legal representative, as appropriate) may contact a department employee to assist with requesting a fair hearing. A guardian or power of attorney for medical care may submit a written hearing request to the State. The attendant, family, or natural support(s) may submit a written hearing request to the State on behalf of the participant. The nurse reviewer would contact the participant (and/or family or legal representative, as appropriate) by phone to verify the participant is requesting a fair hearing.

Applicant/participant (and/or family or legal representative, as appropriate) has the right to request a pre-hearing conference. This conference may be used to informally identify or resolve the issue or to provide information to the Department or applicant. The conference does not affect the applicant's/participant's right to a hearing. After the conference, a hearing is held unless applicant withdraws the request, or department withdraws the action the applicant is contesting.

All fair hearing requests are submitted to the State's Administrative Procedures Section, where the request is logged and forwarded to the Division of Medicaid. The Medicaid Appeals Coordinator tracks the hearing requests.

[handwritten annotation: AG OFFICE LAWYERS W/ ETHICAL DUTY TO REPRESENT BEST INTEREST OF STATE OF ID]

Aged & Disabled waiver participants (and/or family or legal representative, as appropriate) will be notified by the Department when waiver services are terminated, reduced, or when the participant fails to meet level of care but remains eligible for other services, such as state plan. The Department will mail the participant (and/or family or legal representative, as appropriate) a MMIS generated Notice of Decision with Appeal Rights.

Requirements for MCE:

Participants enrolled in the MCCP or Idaho Medicaid Plus must exhaust the MCE grievance and appeals process before accessing the Department fair hearing process.

The MCE must comply with its contract with the Department regarding all aspects of the appeals system. The Department will ensure that the MCE implements and maintains a system for participants that includes an appeals system and access to the Department's fair hearing system that complies with 42 CFR §438.400-424, and allows any participant the opportunity to challenge the MCE's action(s) related to any covered service. The MCE's Notice of Action must explain that the rules governing the state's fair hearing system, which is available to a participant who exhausts appeal rights with the MCE.

For Appeals not resolved in favor of the participant, the MCE's disposition notice must include, in addition to the information specified in all disposition notices:
(1) The right to request a State fair hearing and instruction on how to do so;
(2) The right to request to receive benefits while the hearing is pending, and instruction on how to make the request; and
(3) Notice that the participant will be held liable for the cost of those benefits if the State fair hearing decision upholds the MCE's action.