

**IDAHO DEPARTMENT OF HEALTH & WELFARE**
PO BOX 83720
BOISE, ID 83720-0026

| | |
|---|---|
| Numero de caso: | 0611667 |
| Teléfono: | (877) 456-1233 |
| Para personas con dificultades auditivas: | (888) 791-3004 |
| Fax: | (866) 434-8278 |
| Correo Electronico: | MyBenefits@dhw.idaho.gov |
| Fecha del aviso: | 06 de enero de 2017 |

2551**16**50***1.124***0.399**1/6*********AUTO**3-DIGIT 836
ALMA JEANNET ROSALES
2712 N GOLDENEYE WAY
MERIDIAN ID  83646-7803

## Noticias Para Su Hogar:

Hemos procesado su solicitud para Asistencia de Cobertura Médica. Los resultados para los miembros de su familia están rezumados abajo. Usted encontrara detalles adicionales explicando la cobertura más adelante en esta notificación.

### Pago Anticipado de la Prima de Credito Fiscal (APTC) y Your Health Idaho (YHI):

Los siguientes individuos son negados o suspendidos para el Crédito Fiscal Anticipado para la Prima (APTC) comenzando en January 01, 2017.

| Nombre: | Estado: |
|---|---|
| Alma Rosales | Recibe Otra Cobertura Medica |

### Medicaid:

Los siguientes individuos son elegibles para Medical. Si son elegibles su cobertura comienza January 01, 2017. Regla: 16.03.01.100-702

| Nombre | Tipo de Asistencia | Su Costo Mensual |
|---|---|---|
| Alma Rosales | Dispensa de Ancianos y Discapacitados | $0.00 |
| Alma Rosales | Cobertura Completa de Medical para los Discapacitados | $0.00 |

### Mas Informacion Sobre su Cobertura:

**Dispensa de Ancianos y Discapacitados:** Este programa paga servicios para esos individuos que califican para el nivel de centro de enfermería pero desean vivir en su hogar o en la comunidad.
**Cobertura Completa de Medical para los Discapacitados:** Este programa paga por servicios básicos de Medical y algunos servicios adicionales.

Si usted ha sido aprobado para Medicaid y aún no ha recibido su tarjeta de identificación del Medical, usted la recibirá pronto por correo. Lleve esta tarjeta a su medico o cualquier otro proveedor de Medical cuando usted solicite servicios medicos.

Para obtener más información sobre sus beneficios de cobertura de Medical de Idaho por favor visite nuestra página web en www.helathandwelfare.idaho.gov. Para aprender mas sobre diferente servicios adicionales que cubren los beneficios de Medicaid, el folleto de Plan de Cobertura De Salúd de Idaho esta disponible en nuestra página web. Se puede encontrar en el enlace en la página de sevicios medicos de Medicaid. Este folleto incluye información útil sobre el uso de sus beneficios y qué servicios están cubiertos, así como información importante de aquien llamar o contactar si tiene preguntas sobre su cobertura.

Para ser considerado para el Crédito Fiscal Anticipado para la Prima usted debe ser miembro de un hogar que declara impuestos donde los cónyuges declaran impuestos juntos, y el hogar está aplicando para la cobertura de asistencia de salud, y ser un individuo que no es elegible para Medicaid u otra cobertura de salud, y tienen ingresos entre 100% y 400% del límite federal de pobreza.

EXHIBIT 1

