

**IDAHO DEPARTMENT OF**
# HEALTH & WELFARE

BRAD LITTLE – Governor
DAVE JEPPESEN – Director

MATT WIMMER – Administrator
DIVISION OF MEDICAID

ALMA ROSALES
2712 N GOLDENEYE WAY
MERIDIAN, ID 83646-7803

Dear Alma,

You now can choose to receive your Medicaid benefits through the Idaho **Medicare-Medicaid Coordinated Plan (MMCP)**. Under this plan, Medicaid and Medicare services are combined under one insurance company, with one ID card for all medical and prescription services.

You are **not required** to join the program and **you won't lose any Medicaid benefits by trying the new plan.** In fact, you gain additional benefits like vision coverage and care coordination. A Care Coordinator is a specialist who works with you, your family, doctors and care givers to make sure you get the care you need.

The Idaho MMCP coordinates most health-related services for Medicare and Medicaid including:

- Hospital Services
- Medical Services
- Prescription Drug Services
- Behavioral Health Services
- PLUS, Aged &Disabled (A&D) Waiver Services, Personal Care Services, Nursing Home, Intermediate Care Facilities Services and Community-Based Rehabilitation Services
- The plan also offers additional benefits such as vision and gym memberships

**There are two different Health Plans that offer the MMCP based on where you live.** The MMCP is voluntary, which means that you can choose if you would like to enroll with one of the Health Plans.

To join, ask questions, request more information or enroll, please call one of the health plans below, seven days a week 8 a.m. to 8 p.m.:

**Blue Cross of Idaho**
(888) 495-2583
TTY: (800) 377-1363
www.truebluesnp.com

**Molina Healthcare of Idaho**
(844) 887-0781
TTY: 711
www.molinahealthcare.com/members/id

You may receive additional information about the program from each of the plans. Remember, you won't lose any of your Medicaid benefits.

Sincerely,

*[signature]*

**MATT WIMMER**
Administrator
MW/CB/af

EXHIBIT 2

