
**IDAHO DEPARTMENT OF HEALTH & WELFARE**
Division of Medicaid
Post Office Box 70081
Boise, Idaho 83707-0081

August 2, 2019

Alma Jeannet Rosales
2712 N Goldeneye Way
Meridian ID 83646-7803

R 7108
GRP 41
TRAY 28

ATTENTION: If you speak English, language assistance services, free of charge, are available to you. 1-800-926-2588 (TTY: 1-208-332-7205).

**RE:   Programa de Healthy Connections al Plan de MMCP**
       **Nombre del Paciente:**   ALMA JEANNET ROSALES
       **Medicaid ID#:**          0002317960

Estimado/a ALMA JEANNET ROSALES,

Nuestros registros indican que a partir de 08/01/19, usted está inscrito en el Plan Coordinado Medicare-Medicaid (MMCP, por sus siglas en inglés) o en el programa Idaho Medicaid Plus (IMP, por sus siglas en inglés) y ya no está inscrito en Healthy Connections. Esta cancelación de la inscripción de Healthy Connections no cambia su elegibilidad para Medicaid.

Si tiene alguna pregunta sobre sus servicios, comuníquese con su plan de salud al número de teléfono correspondiente que aparece a continuación.

Blue Cross of Idaho: 888-495-2583

Molina HealthCare of Idaho: 844-239-4913

EXHIBIT 3