

PO Box 919
Boise, ID 83702

8/13/2019

ALMA ROSALES
2712 N GOLDENEYE WAY
MERIDIAN, ID 83646

**Health and wellness or prevention information**

Dear ALMA:

Molina Healthcare of Idaho aims to keep you healthy. We want to improve your well-being. The Case Management program provides support to manage your health condition. The program offers services and resources to help meet your needs. The program is available at no cost to you. You are in the program as an added benefit to your Medicaid coverage. This program is voluntary.

I am your care coordinator. I have been unable to contact you at (208) 871 - 7237. I am trying to reach you to assist you with any care needs you may have. I work with your doctors and other care providers.

As your care coordinator, I can help you:
- Work on a plan to solve problems to meet your health goals
- Learn about preventive care services to maintain your health
- Manage your health conditions to avoid hospital stays or Emergency Room (E.R.) visits
- Use your health plan benefits to access care and get services
- Access community resources to meet your self-care needs

*Care Team*
You can ask for an an Integrated Care Team (ICT) meeting. A care team may include doctors, pharmacists, care providers, or other experts. You can choose who may join the team. The team can meet to discuss your concerns. The meeting may be in person or by phone. The team can give ideas to help manage your health.

*Other Services We Offer*
- *Nurse Advice Line*
  Nurses can answer health questions or concerns. This service does not replace the care from a doctor. This service is available at no cost to you. Call (844) 808-1382, TTY 711. This service is open 24 hours a day, 7 days a week.

- *Member Services Contact Center*
  Customer service agents can help with plan benefits and services. An agent can help you choose or change your primary care doctor. Call (844) 809-8445, TTY 711. Hours are 8 a.m. to 9 p.m. Mountain time, Monday - Friday.

MHI-CM 17.83

EXHIBIT 4