

August 1, 2019



2127

ALMA J ROSALES
2712 N GOLDENEYE WAY
MERIDIAN, ID 83646-7803

Dear Member,

Our records show you have Medicaid health coverage through Molina Idaho Medicaid Plus.

Molina Idaho Medicaid Plus is a plan for people that are eligible for both Medicare and Medicaid.

Did you know you may qualify to get additional benefits through Molina Medicare Options Plus HMO SNP - a Medicare-Medicaid Coordinated Plan (MMCP)?

Molina Medicare Medicaid Coordinated Care Plan coordinates both parts of your health coverage. It's health care made easier, from a company you know and trust.

Sign up to receive all the Medicare and Medicaid benefits you're entitled to, and more:

 $60 Every 3 Months for Over-the-Counter Items, with Carryover

 Transportation Services

 $0 Copay for Eye Exams + $100 Eyewear Allowance Every Year

 Fitness Benefit

 Prescription Drug Coverage

 Meal Benefit

Questions? Ready to enroll? We make it easy!

**Call to find out if you qualify, or to schedule an appointment.**
## (844) 876-9509, TTY 711
7 days a week, 8 a.m. to 8 p.m., local time or visit us online MolinaHealthcare.com/Medicare

Molina Medicare Options Plus HMO SNP is a Health Plan with a Medicare Contract. Enrollment in Molina Medicare Options Plus depends on contract renewal. Product offered by Molina Healthcare of Utah, Inc., dba Molina Healthcare of Idaho, a wholly owned subsidiary of Molina Healthcare, Inc. This information is available in other formats, such as Braille, large print and audio.
H5628_19_4001_221_IDSNPCOBMailr_M Accepted 2/19/2019

13742573MED0219

EXHIBIT 5