**MOLINA HEALTHCARE**  **IDAHO DEPARTMENT OF HEALTH & WELFARE**

www.molinahealthcare.com
P O Box 22800 Long Beach CA 90801-9945

06 September 2019

ALMA J ROSALES
2712 N GOLDENEYE WAY
MERIDIAN ID 83646

Member ID 8100880159721

Dear ALMA J ROSALES:

Molina Medicare Options Plus HMO SNP must disenroll a member from Molina Medicare Options Plus HMO SNP if a member doesn't have a qualifying level of Medicaid and doesn't reestablish qualifying Medicaid eligibility prior to the expiration 30 **days.**

**Why am I receiving this notice?**
Our records indicate that you no longer have a qualifying level of Medicaid. To be a member of Molina Medicare Options Plus HMO SNP, you must have active and a qualifying level of Medicaid.

**How long will I continue to receive coverage?**
Molina Medicare Options Plus HMO SNP will continue to cover your Medicare benefits until 10/31/2019. You have until the end of the grace period to re-qualify for our plan.

**When will coverage end?**
If, at the end of 30 days, you haven't regained and reestablish a qualifiying level of Medicaid and you haven't enrolled in a different plan, we will disenroll you and you will be covered by Original Medicare beginning 11/01/2019.

**What do I do if my coverage ends?**
When coverage from Molina Medicare Options Plus HMO SNP ends, your Medicare prescription drug coverage ends too. To have new health care coverage and prescription drug coverage after 11/01/2019 or to buy a Medigap policy while you still have a guaranteed right to buy one, you need to take action. For example, if you are returning to Original Medicare coverage, to get Medicare prescription drug coverage you must join a Medicare prescription drug plan. Please remember, if you disenroll from Molina Medicare Options Plus HMO SNP and don't have or get other creditable prescription drug coverage (as good as Medicare prescription drug coverage), you may have to pay a late enrollment penalty if you enroll in Medicare prescription drug coverage in the future.

**When can I join another plan?**

Y0050_19_MA_371_LRExh32_C

EXHIBIT 6