**Gmail**  Jeannet Rosales <mayesme24@gmail.com>

## Molina Help from Local Agent
13 messages

---

**Anderson, Ryan** <Ryan.Anderson@molinahealthcare.com>  Mon, Aug 26, 2019 at 3:03 PM
To: "mayesme24@gmail.com" <mayesme24@gmail.com>

Hello Raul,

My name is Ryan Anderson. I work for Molina Healthcare. I'm the local representative here in Idaho and I was told that you may be looking to talk with someone about the MMCP plan that your mother is signed up for with Molina. That plan will start for her on Sept. 1st. I'm available to talk on the phone if you'd like. My phone number is listed below. Please feel free to respond to this email or call me at that number. I hope to hear from you so I can help in any way. Have a great day!

*Thank you,*

*Ryan Anderson*

**Senior Medicare Account Rep. - Idaho**

435-893-5858

ryan.anderson@molinahealthcare.com



IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

---

**Jeannet Rosales** <mayesme24@gmail.com>  Mon, Aug 26, 2019 at 6:01 PM
To: "Anderson, Ryan" <Ryan.Anderson@molinahealthcare.com>

Hello Ryan,
So is Robin no longer the local representative? Or is she just Medicaid because our questions are about the Medicaid waiver and some of its benefits such as home health, meal benefit and gym membership. It has been very difficult reaching Robin. I'll forward you my last correspondence with her.

Thanks,
Raul
[Quoted text hidden]

---

EXHIBIT 7
1 OF 6



Image001.jpg
4K

---

**Jeannet Rosales** <mayesme24@gmail.com>　　　　　　　　　　　　　　　　Tue, Aug 27, 2019 at 7:32 PM
To: "Anderson, Ryan" <Ryan.Anderson@molinahealthcare.com>

Hello mr. Anderson,

I talked to Robin this morning. She told me that you were going to contact me since you're the right person. I would like to know who Molina's regional manager is.
Thanks,
Raul
[Quoted text hidden]

---

**Anderson, Ryan** <Ryan.Anderson@molinahealthcare.com>　　　　　　　Wed, Aug 28, 2019 at 8:29 AM
To: Jeannet Rosales <mayesme24@gmail.com>
Cc: "Riger, Robin" <Robin.Riger@molinahealthcare.com>

Hi Raul,

Yes, I would like to talk to you. Is there a phone number that's best to reach you at? You can also call me. Another option would be to set up an appointment. I'm open to any of these points of communication. It will definitely be easier to talk over the phone or in person about your questions.

Here's my phone number again in case you need it.
435-893-5858

Ryan Anderson
Senior Medicare Account Rep. - Idaho
435-893-5858
ryan.anderson@molinahealthcare.com

From: Jeannet Rosales <mayesme24@gmail.com>
Sent: Tuesday, August 27, 2019 7:32:57 PM
To: Anderson, Ryan <Ryan.Anderson@molinahealthcare.com>
Subject: Re: Molina Help from Local Agent

**EXTERNAL EMAIL:** Please do not click any links or open any attachments unless you trust the sender and know the content is safe.

[Quoted text hidden]

---

**Jeannet Rosales** <mayesme24@gmail.com>　　　　　　　　　　　　　　　　Wed, Aug 28, 2019 at 8:49 AM
To: "Anderson, Ryan" <Ryan.Anderson@molinahealthcare.com>
Cc: "Riger, Robin" <Robin.Riger@molinahealthcare.com>

Hi,
I would prefer to communicate via email regarding my mother's Molina coverage and the questions and issues we have experienced so far. I've already talked to a few people over the phone including spending 30 minutes on the phone yesterday. We have gotten different information, people that don't know what they are talking about, and it appears that staff is not properly documenting calls.

The single biggest concern we have us regarding the Medicaid waiver and its benefits including home health. We understood that the state of Idaho got rid of all Medicaid as secondary insurance and gave those to Molina and blue cross. Meaning that Molina administers and covers the Medicaid waiver. However, I was told yesterday by Robin that health and welfare stills determines eligibility and coverage of the waiver......how does that work? When the

coverage is with Molina? Can health and welfare deny the Medicaid benefits that are under Molina insurance policy? I have not heard of a similar situation and I could not find it on the handbook sent to my mom's. Would it be possible to get documentation explaining how Molina coverage works regarding the Medicaid part works including it's waiver for home health? It is a rare situation to hear that the state of Idaho got rid of secondary insured members only to hear that the still have a say on their coverage under another insurance.

Thank you,
Raul

[Quoted text hidden]

---

**Anderson, Ryan** <Ryan.Anderson@molinahealthcare.com>   Wed, Aug 28, 2019 at 1:31 PM
To: Jeannet Rosales <mayesme24@gmail.com>
Cc: "Riger, Robin" <Robin.Riger@molinahealthcare.com>, "Call, Rob" <Rob.Call@molinahealthcare.com>

Hi Raul,

I'm sorry it's been a frustrating experience trying to find answers to this question you have. I will do my best to answer it in a clear and understandable way.

What Robin told you yesterday is correct. Even though Molina and Blue Cross are the entities that are now managing the Medicaid benefits for these individuals, it doesn't mean that Idaho Dept. of Health & Welfare (IDHW) is no longer part of the equation. Molina and Blue Cross are contracted by IDHW to administer the Medicaid benefits that are approved by them each year. IDHW is still in charge of determining what benefits and waivers are approved for each individual. Whatever IDHW determines in their yearly evaluations is sent over to us and we administer the benefits according to what they approve.

As a field representative, I personally don't have any written documentation of all of this. I'm working with my manager and senior leadership here in Idaho to give you a more detailed response and explanation if desired. I'm hoping that they could possibly provide the documentation your seeking. I will be in contact with you, or one of them may reach out to you as well.

Thank you for your patience Raul.

[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]
> [Quoted text hidden]

>> [Quoted text hidden]
>> [Quoted text hidden]

>>> [Quoted text hidden]

>>> IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

**Monsen, Brian** <Brian.Monsen@molinahealthcare.com>  Wed, Aug 28, 2019 at 8:09 PM
To: "mayesme24@gmail.com" <mayesme24@gmail.com>
Cc: "Anderson, Ryan" <Ryan.Anderson@molinahealthcare.com>

Raul,

My name is Brian Monsen. I lead the Molina healthcare plan in Idaho. I understand that state and federal government programs can be confusing. Let me try to answer your question in regards to Health and Welfare and Molina's role in the Medicaid program.

- The Idaho Department of Health and Welfare still oversees the eligibility of all Medicaid enrollees. They determine whether or not a person is eligible.
- Once a person is determined eligible by Health and Welfare, they get a Medicaid card. If the person has both Medicare AND Medicaid and lives in one of the 9 counties that offer managed care, then they are assigned to either Blue Cross or Molina so that the person can have a case manager to help the person navigate the medical and mental health care systems. The case manager helps the person get appointments when it is difficult to find a doctor and they help with many other things.
- Once a person is made eligible for Medicaid services, Health and Welfare cannot deny Medicaid or waiver benefits.

I am happy to answer any additional questions that you have, but it would be important to contact your case manager. The case manager is your advocate for health care services. They can explain a lot of things to you. Call our Contact center and ask for your case manager for any help with medical or mental health services. If you have more questions in terms of Medicaid, you can email me again.

Thanks

Brian

From: Anderson, Ryan <Ryan.Anderson@molinahealthcare.com>
Sent: Wednesday, August 28, 2019 4:54 PM
To: Monsen, Brian <Brian.Monsen@MolinaHealthCare.Com>
Subject: FW: Molina Help from Local Agent

Here's the original email chain with Raul.

[Quoted text hidden]

---

**Jeannet Rosales** <mayesme24@gmail.com>  Wed, Aug 28, 2019 at 8:19 PM
To: "Anderson, Ryan" <Ryan.Anderson@molinahealthcare.com>
Cc: "Riger, Robin" <Robin.Riger@molinahealthcare.com>, "Call, Rob" <Rob.Call@molinahealthcare.com>

Ok. Thank you for the additional information. However, my mother is no longer 'just' Medicaid under Molina. She now has one insurance policy equivalent to having both Medicare and Medicaid all in one. How can health and welfare have anything to do under this policy? True Blue with Blue Cross was insisting in enrolling her under the plan that covers both insurances but I don't see on their information where health and welfare would have a say in approving or denying benefits under their coverage.

As I understand Molina did administer Medicaid benefits on behalf of the state of Idaho with the health and welfare insurance card. However, we got endless letters urging us to enroll my mother with either Molina or Blue Cross because Health and Welfare would no longer have anything to do with Medicaid as secondary insurance. Later, since we didn't enroll with either one. We got notification that Health and Welfare had assigned my mom to Molina. I called Molina and I was told that nothing would change regarding my mom's Medicaid coverage. Basically, health and welfare just wanted to get rid of all secondary insured carriers of Medicaid. Now, I'm being told that they are in fact actively involved in the approval and denial of services of those very same people they wanted to get rid of.

I talked to Javier who apparently works in the home health section of Molina. He instructed me to have my mom's doctor fax documentation supporting the need for home health and Molina had a provider that would make a determination. Do you record calls because that is exactly what he told me.

Sincerely,
Raul
[Quoted text hidden]

---

**Jeannet Rosales** <mayesme24@gmail.com>  Wed, Aug 28, 2019 at 8:23 PM
To: Brian.Monsen@molinahealthcare.com

[Quoted text hidden]

---

**Jeannet Rosales** <mayesme24@gmail.com>  Wed, Aug 28, 2019 at 8:34 PM
To: "Monsen, Brian" <Brian.Monsen@molinahealthcare.com>
Cc: "Anderson, Ryan" <Ryan.Anderson@molinahealthcare.com>

Brian,

I just send you a separate email. As I understand, my mom is approved for Medicaid and it's waiver program. However, we don't know when my mom can use the benefits under the waiver such as the gym membership and meals or how that works.
In addition, Javier with Molina told us to have my mom's doctor fax documentation supporting the need for home health. One if your providers at Molina would determine how many hours would be needed. We have yet to hear back from your home health department regarding the pending information under review. Would health and welfare tell blue cross how to run their policies? I don't think I ve heard that.

Thanks,
Raul
[Quoted text hidden]

---

**Monsen, Brian** <Brian.Monsen@molinahealthcare.com>  Wed, Aug 28, 2019 at 8:54 PM
To: Jeannet Rosales <mayesme24@gmail.com>
Cc: "Anderson, Ryan" <Ryan.Anderson@molinahealthcare.com>

It sounds like your mom has Blue Cross for your Medicare and Molina for your Medicaid coverage. The Ideal thing for your mom would be to have both Medicare and Medicaid under the same health plan (either Blue Cross or Molina). It sounds like you need to call our contact center for you to learn about your benefits such as the gym membership, over the counter medications and many other benefits that have been added because of the transition to Medicaid. Please call our contact center to learn more.
Also, if your mom was getting home health services under the regular Medicaid program, Molina will have to honor that authorization until it has expired. Then a redetermination is made based on how many hours your mom needs on an ongoing basis. It is correct in what you say about having a provider authorize the number of hours or visits for your mom for a given period. I would again suggest that you call our contact center to ask for your case manager so he or she can tell you what the latest results are for her home health visits. It's very important that the individual or family member is involved in the care planning.
Please refer to your member materials that provide you with the right phone number to call.
Have a good evening.

Get Outlook for iOS

**From:** Jeannet Rosales <mayesme24@gmail.com>
**Sent:** Wednesday, August 28, 2019 8:34 PM
**To:** Monsen, Brian
**Cc:** Anderson, Ryan
**Subject:** Re: FW: Molina Help from Local Agent

[Quoted text hidden]

---

**Anderson, Ryan** <Ryan.Anderson@molinahealthcare.com>  Wed, Aug 28, 2019 at 9:03 PM
To: "Monsen, Brian" <Brian.Monsen@molinahealthcare.com>, Jeannet Rosales <mayesme24@gmail.com>

I just want to clarify that Raul's mother is set to be effective on the Molina Medicare Medicaid Coordinated Plan (MMCP), on September 1st. This is the plan that will put all of the benefits for Medicare, Medicaid, and prescription drug coverage with Molina. This is the plan that also offers the extra benefits like vision, over the counter medications, and gym membership.

In saying that, it's important to know that we are still contracted with IDHW under this MMCP plan. IDHW is still the one who determines coverage.

Ryan Anderson
Senior Medicare Account Rep. - Idaho
435-893-5858
ryan.anderson@molinahealthcare.com

---

**From:** Monsen, Brian <Brian.Monsen@MolinaHealthCare.Com>
**Sent:** Wednesday, August 28, 2019 8:54:16 PM
**To:** Jeannet Rosales <mayesme24@gmail.com>
**Cc:** Anderson, Ryan <Ryan.Anderson@molinahealthcare.com>
[Quoted text hidden]

[Quoted text hidden]

---

**Jeannet Rosales** <mayesme24@gmail.com>  Thu, Aug 29, 2019 at 8:08 AM
To: "Anderson, Ryan" <Ryan.Anderson@molinahealthcare.com>
Cc: "Monsen, Brian" <Brian.Monsen@molinahealthcare.com>

How does health and welfare determines coverage for the MMCP plan? This is all news to us. This is why it is a waste of time to talk to people on the phone. We have now enrolled in a program without being fully informed that the state of Idaho still literally pulling strings and determining coverage even though they got rid of all secondary insured medicaid. How does it work when it is presumed medicare is the main part of this plan as it was the primary insurance before? Can health and welfare deny the medicare coverage? Can health and welfare deny prescriptions? What part and what can health and welfare deny? I wonder if it is the same with blue cross?

We have talked to Robin Riger regarding the Medicaid waiver coverage which apparently covers meals, gym and home health but she could not provide information. Basically, it appears my mom was on the waiver before but health and welfare never sent a nurse every year nor did we knew there was a trabsportation, meal coverage. This was the health and welfare insurance card which benefits were paid by Molina. It is not surprising that health and welfare denies benefits to those in need as illustrated by the Medicaid class action suit.
Now it is an insurance administered and paid by Molina but apparently health and welfare still has a say on the policy. I think it was a mistake enrolling in this MMCP plan. I'm not sure if blue cross works the same way but I doubt Tru blue allows health and welfare to tell them what they can cover.

Raul
[Quoted text hidden]