Alma Rosales
2712 N Goldeneye Way
Meridian, Idaho 83646
Telephone: (208) 871-7237
mayesme24@gmail.com
Pro Se

U.S. COURTS

DEC 20 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

ALMA ROSALES,

    Plaintiff,

Vs.

IDAHO DEPARTMENT OF HEALTH AND
WELFARE; RUSSELL BARRON, Director of
the Idaho Department of Health and Welfare;
MATT WIMMER, Medicaid Administrator,
and MOLINA HEALTHCARE,

    Defendants.

Case No. 1:19-cv-00426-DCN

**PLAINTIFF MOTION FOR RECONSIDERATION ON THE DENIAL FOR IN FORMA PAUPERIS STATUS**

COMES NOW ALMA ROSALES, plaintiff pro se respectfully requests the Court grants her request to proceed in Forma Pauperis, **DKT 1.**

## APPLICATION TO PROCEED IN FORMA PAUPERIS

*28 U.S.C. 1915 (a) (1)* states that any court of the United States may authorize the commencement, prosecution or defense of any suit, action, civil, or criminal ...without prepayment of fees or security therefor. In order to qualify for in forma pauperis status, a plaintiff must submit an affidavit that includes a statement of all assets she possesses and that because of her poverty indicates that she is unable to pay the fee required and she believes that she is entitled to relief. *28 U.S.C. 1915 (D)* states that officers of the Court shall issue and serve all process and perform all

duties in such cases. *28 U.S.C. 1915 (e) (1)* states that a Court might request an attorney to represent any person unable to afford counsel.

## DISCUSSION

Plaintiff filed an Application for Leave to Proceed in Forma Pauperis, **DKT 1.**   Complaint, **DKT 2.**   Motion for Temporary Restraining Order, **DKT 3.**   Motion for Appointment of Pro Bono counsel, **DKT 4.**

The District court issued a Memorandum Decision and Order on December 3, 2019 allowing all her claims to proceed while issuing an ambiguous decision on her application for in Forma Pauperis.   No decision has been made on the Motion for appointment for Pro Bono Counsel noting that plaintiff has disabilities, low income, and limited English proficiency.   Her son has been drafting plaintiff pleadings with the use of the barebones limited Westlaw subscription at the Law library, but he is not an Attorney.   Plaintiff has contacted the pertinent organizations that supposedly provide legal representation to disabled/low income people in Idaho, and she has also contacted the few Attorneys that come up on internet searches that provide legal representation to Plaintiffs; noting the majority of searches comeback with insurance defense lawyers.   **See Exhibit 1, 4 pages**

Plaintiff is filing for reconsideration because it's not clear if the Court has granted her the in Forma Pauperis status that would allow her to proceed with the complaint without paying the filing fees, service of complaint by the US Marshall, and the appointment of Pro Bono counsel.

The Court states that it grants the application to proceed in forma pauperis and will allow her to pay the filing fee over time.   **See prgph 1, pg 2.**   The Court has examined Rosales application to proceed in forma pauperis and finds it does not conclusively establish her indigence.   **See prgph**

**3, pg 2.** The Court is unable to make an informed decision as to Rosales' application to proceed in forma pauperis. **See prgph 1, pg 3.** The Court finds Rosales has not sufficiently proved her indigence under 28 U.S.C 1915 and may not proceed without the prepayment of the requisite filing fees. **See prgph 3, pg 3.** In short, the language of the Order is ambiguous and will confuse the applicant of the in Forma Pauperis status which more than likely is not represented by an Attorney.

The court granted the application without being able to make an informed decision regarding her indigence. For example: the court points out that she is inconsistent with the amount of food stamp she was receiving before the IDHW lowered the amount to 117. Rosales states that she was receiving 121 before the changes and that she was receiving 193 before the changes. Plaintiff submitted three of the Notices reducing the Food Stamp benefits over the past two years as part of the Motion for Temporary Restraining Order. **See Prgph 3 of Motion for TRO.** The only notice that plaintiff doesn't have is the one showing the 193 amount but it can be requested. The point is that the 'Notices' show the decrease in dollar amount for the food stamp and those notices should by themselves help clarify any concerns regarding the food stamp amount counted towards income.

The Court notes that Rosales complaint and Motion for TRO state that the Idaho Department of Health and Welfare and Molina have recently denied her Medicaid/Medicare benefits and have also lowered her food stamp budget. If these allegations are true, then Rosales income would be lower, likely making it very difficult for her to meet her basic needs and pay the filing fee for this case. **See prgrph 2 of pg 3.** The evidence showing the decrease in food stamps and the denial of Medicaid have been submitted as part of the civil rights complaints submitted with both the USDA and USHHS on the Motion for TRO. In fact, because Rosales no longer has Medicaid she is incurring the fees/costs that were previously covered by Medicaid. **See Exhibit 2, 6 pages.**

The way Medicare/Medicaid duals work is that; Medicare is the primary insurance and Medicaid will pick up deductibles, co pays, premiums, and other costs not covered by Medicare. In addition, the Medicaid program is the one covering the developmentally disabled and Age/disabled waivers that offer multiple benefits to those who qualify and are legally entitled to them. The evidence submitted as part of the Motion for Temporary Restraining Order shows that defendants took away the Medicaid medical insurance along with the dental benefit, as well as the waiver benefit. As a result, Rosales is now paying for those costs and will continue to do so until the Court makes a decision on her Motion for TRO. For example: Rosales will now have to pay $31/month on her multiple prescriptions which was previously covered by Medicaid as secondary insurance, Rosales paid almost $500 at the eye doctor that would have been mostly covered by Medicaid, Rosales paid $30 at the foot doctor that would have been covered by Medicaid, Rosales will be paying $61 out of her pocket to Norco for her CPAP that would have been covered by Medicaid, Rosales paid almost $330 at the dentist that would have been covered by Medicaid. **See Exhibit 2.**

A layman's reading of the statute determines that the application for in Forma Pauperis is either granted or denied. The waiver of fee is either granted or denied based on the information submitted on the affidavit. However, Rosales believes that the Court can make a more conclusive decision based on the additional information showing expenses/costs that she is incurring as a direct result of defendants unlawful conduct.

## CONCLUSION

Rosales is filing for Reconsideration because the IDHW notices show a decrease in food stamps over the past two years with similar language being employed in them. Rosales is filing for

reconsideration because the result of defendants denial of Medicaid show that she has and will continue to incur expenses that were previously covered by the insurance until the Court makes a decision on her Motion for TRO. Because of the additional out of pocket expenses, she cannot reasonably be expected to pay the filing fee, server fee, or counsel.

DATED: December 19th, 2019

*Rosales*
Alma Rosales



Jeannet Rosales <mayesme24@gmail.com>

## Medicaid

**Molly Kafka** <mkafka@acluidaho.org>　　　　　　　　　　　　　　　　Thu, Sep 19, 2019 at 9:41 AM
To: Jeannet Rosales <mayesme24@gmail.com>

Hi Alma,

Thank you for contacting the ACLU of Idaho. You are correct that we cannot take on new cases right now.

Have you contacted DisAbility Rights Idaho? They may be able to offer you some guidance regarding your concerns related to your experience with the aging and disabled waiver. Amy Cunningham is an attorney at DisAbility Rights Idaho who has a history of providing legal representation for people with disabilities. She also has a wide array of knowledge regarding lawsuits across the country on disability issues. Her email address is: amy@disabilityrightsidaho.org.

I hope you reach a favorable outcome.

Take care,

**Molly Kafka** (pronouns: she/her)

Interim Legal Director

ACLU of Idaho | ACLU of Idaho Foundation

PO Box 1897

Boise, ID 83702

Call: 208-344-9750, ext. 1212

Fax: 208-344-7201

www.acluidaho.org



[Quoted text hidden]

EXHIBIT 1
1 OF 4



# DISABILITY RIGHTS
## IDAHO
Protection & Advocacy for Individuals with Disabilities

September 27, 2019

Alma Rosales
2712 N. Goldeneye Way
Meridian, ID 83709

**SENT VIA EMAIL:** *mayesme24@gmail.com*

Dear Ms. Rosales:

Thank you for contacting DisAbility Rights Idaho (DRI) seeking assistance with believing you were discriminated against by the Dept of Health and Welfare. Unfortunately, the issue you called about did not fall within this year's case acceptance priority. DRI is the Protection and Advocacy system for the State of Idaho. DRI is a private non-profit organization funded by federal grants. Due to the number of requests for assistance DRI receives each year, we establish case acceptance priorities. I have enclosed a copy of this year's priorities for your review.

However, DRI offers information and referral services. The following information and referrals are provided as assistance to help resolve the issue you called about.

We believe what may have happened is that since you are eligible for Medicaid and Medicare, you would not fall in the Idaho Medicaid Plus program and would have needed to have chosen either Molina or Blue Cross of Idaho to manage your benefits. Once you have selected a provider, then you would be able to access available benefits under the A&D Waiver. I am enclosing with this letter a copy of the web-pages from the Idaho Department of Health and Welfare website that describe the Medicaid Plus program. You can also directly access this information on the website at: https://healthandwelfare.idaho.gov/Medical/Medicaid/DualEligibleParticipants/tabid/2538/Default.aspx

Please contact either the AAA (Area of Aging) at 701 S Allen St, Meridian, ID 83642 Phone: (208) 898-7060 for assistance in walking through this program or contact the IDHW at IdahoDuals@dhw.idaho.gov or call 833-814-8568.

BOISE OFFICE
4477 EMERALD, SUITE B-100
BOISE, ID 83706
TEL: 208-336-5353
FAX: 208-336-5396

TOLL FREE: 866-262-3462
WEBSITE: www.disabilityrightsidaho.org
E-MAIL: info@disabilityrightsidaho.org

POCATELLO OFFICE
1246 YELLOWSTONE AVE., STE A-3
POCATELLO, ID 83201
TEL: 208-232-0922
FAX: 208-232-0938

EXHIBIT 1
2 OF 4

Ms. Rosales
September 27, 2019
Page 2 of 2

If you believe DRI has been wrong or unfair in the way we have handled your issue(s), please contact the Advocacy Director within 30 days of the receipt of this letter. You may write DisAbility Rights Idaho, ATTN: Advocacy Director, 4477 Emerald Street, Suite B-100, Boise, Idaho 83706 or call toll-free 1-800-632-5125. A copy of the complete Client Grievance Procedure is available upon request.

As a result of the Help America Vote Act of 2002, the Protection and Advocacy for Voting Access (PAVA) grant allows DRI to ensure the rights of voters with disabilities. I have enclosed a Voter Registration form for you to register to vote in Idaho, if you do not have one already. Pre-registration ends 25 days prior to Election Day. However, you may still register on Election Day when you go to vote. You may complete the form at your polling place on Election Day. If you are already registered, please pass the form on to a friend or family member. If you, or any other person with a disability you know, want more information about voting or encounter barriers to voting, please contact DRI for assistance.

Additionally, please take a few moments to complete a survey of our services. We are interested in your views on our services and if the information you were given proved helpful. The survey is located at the following link:
https://www.surveymonkey.com/s/DRI-Client-Survey

If DRI may be of assistance in the future, please do not hesitate to contact our office toll free at 1-866-262-3462.

Sincerely,

Therese Varela
Non-Attorney Advocate Supervisor

TV/ja

Enc:   Priorities
       Voter Registration Form

EXHIBIT 1
2 OF 4

 Gmail　　　　　　　　　　　　　　　　　　　　　Jeannet Rosales <mayesme24@gmail.com>

## Case No. 1:19-cv-00426-DCN

**Jeannet Rosales** <mayesme24@gmail.com>　　　　　　　　　　　Fri, Dec 13, 2019 at 12:35 PM
To: info@charquadelaw.com

Hi,

I see that your main area of practice revolves around disability rights. This is a Federal case similar to the previous Medicaid class action suit against the IDHW. The court apparently is allowing all claims to proceed, or at least he is not dismissing them.
I wrote my mother's pleadings after doing research at the law library. I can write her pleadings, but I cannot represent her in Court since I'm not a Lawyer. Please let me know if you can help her.

Raul

EXHIBIT 1
3 of 4



**FISHER & HUDSON**
TRIAL LAWYERS

December 16, 2019

Jeannet Rosales
mayesme24@gmail.com

*Sent via electronic mail*

Re: Non-Representation

Dear Ms. Rosales,

  Thank you for contacting our office regarding your case no. 1:19-CV-00426-DCN. Unfortunately, at this time our office will not be able to assist you in this matter. Fisher & Hudson has not accepted any professional responsibility with respect to any legal representation resulting from any of your legal cases. I have given you no legal advice. Any future representation will be documented in writing.

  If you wish to pursue this matter further, please contact the Idaho State Bar's Lawyer Referral Service for the purposes of attaining legal representation at (208) 334-4500.

  In any event, you should feel free to contact me if you have any future legal needs.

            Sincerely,

            FISHER & HUDSON

            Jeremiah Hudson

EXHIBIT 1
4 of 4

950 WEST BANNOCK STREET, STE 630  BOISE ID 83702  T 208.345.7000  F 208.514.1900  FISHERHUDSON.COM

# WellCare®
Beyond Healthcare. A Better You.

10/21/2019  T

**To pay plan year 2019 in full.**

WellCare
PO Box 75510
Chicago, IL 60675-5510

## PAYMENT STUB – TO PAY REMAINDER OF YEAR
Please remember to write your account number on your check

| Account Number | Payment Due Date | Amount Due |
|---|---|---|
| 22637594 | 11/28/2019 | $31.00 |

**Amount Enclosed**  $

ALMA J. ROSALES
2712 N GOLDENEYE WAY
MERIDIAN, ID 83646-7803

2081999122637594600000000310000000031005

NA9WCMLTR32369E_0000

EXHIBIT 2
1 OF 6

```
          EYE 2 EYE (STAR)
        170 S SENECA SPRINGS WAY
             STAR, ID 83669
              208-895-4112

        Merchant ID: 3001022253
        Term ID: 1965

                  Sale

        Application Label: VISA CREDIT
        CHASE VISA
        VISA
        XXXXXXXXXXXX4832
        AID: A0000000031010
        Entry Method: Chip Read
        Apprvd: Online         Batch#: 000028
        07/02/19                11:53:27

        Inv#: 00000004    Appr Code: 082246

              Total: USD$      4+8.00

        Mode: Issuer
        TVR: 0080008000
        IAD: 06012A03602002
        ISI: F800
        ARC: 00
                I agree to pay above total amount
                according to card issuer agreement
                (Merchant agreement if credit voucher)

        X_____
                    ROSALES-ALMA
                    Customer Copy
                     THANK YOU
```

```
          EYE 2 EYE (STAR)
        170 S SENECA SPRINGS WAY
             STAR, ID 83669
              208-898-4112

        Merchant ID: 3001022253
        Term ID: 2019

                  Sale

        Application Label: VISA CREDIT
        CHASE VISA
        VISA
        XXXXXXXXXXXX4832
        AID: A0000000031010
        Entry Method: Chip Read
        Apprvd: Online         Batch#: 000000
        07/16/19                11:36:45

        Inv#: 00000006    Appr Code: 094228

              Total: USD$       21.20

        Mode: Issuer
        TVR: 0080008000
        IAD: 06010A03602002
        ISI: F800
        ARC: 00
                I agree to pay above total amount
                according to card issuer agreement
                (Merchant agreement if credit voucher)

        X_____
                    ROSALES-ALMA
                    Customer Copy
                     THANK YOU
```

EXHIBIT 2
2 OF 6



# Payment Successful

## $30 to Idaho Foot & Ankle Associates-Boise for Alma Rosales (272890)

**Merchant Details**
Idaho Foot & Ankle Associates-Boise
Location: 756584755
809 N. Liberty St. Boise ID 83704
(208) 327-0627

**Payment Details**
Oct 29, 2019 12:10:10 PM
VISA ************4832
Payment Type: Credit
Payment Method: ContactIcc
Express Response Message: Approved
Sequence #: 782237595
Host Response Code: 00
Approval Number: 00317B
AID: A0000000031010
Application Name: CHASE VISA
Cryptogram: TC 13999DFFDEBF4860

MEDFUSION

```
     CPAPNOW INC
  6128 W FAIRVIEW AVE STE 1A
     BOISE, ID 83704
       (208) 287-1733

Merchant ID: 6876
Term #: 0002      Store #: 0001
                  Ref #: 0005

        Sale

XXXXXXXXXXXX4832
VISA     Entry Method: Chip

Total:      $    25.00



09/16/19              10:33:30
Inv #: 000005  Appr Code: 09910B
Transaction ID: 469259596103334
Apprvd: Online   Batch#: 000135

CHASE VISA
AID: A0000000031010
TSI: F800
TVR: 0080008000

      Customer Copy

         THANK YOU
       ALL SALES FINAL
```

# DELIVERY TICKET

**Date** 9/16/2019 10:35:43 AM
**Sales Order** 70307
**Customer ID** 16998
**Doc ID** 1|6127|63209

| DOB | 05/24/1959 | Height | Weight | Sex F |

**Deliver to** 2712 N Goldeneye Way
Meridian, ID 83646-7803
(208) 871-7237

Options / Molina Medicaid Solutions

**HIPAA Signature on file** Yes

| CSR | Branch | | | |
|---|---|---|---|---|
| Hannah | CPAPnow, Inc | | | |
| **Item** | | **Ext. Amt.** | **Tax** | **Co-Pay** |
| CPAPnow, Inc | | | | |
| Cash headgear / Cash headgear | | $25.00 | $0.00 | $25.00 |
| | **TOTAL** | $25.00 | $0.00 | $25.00 |

...ABLE MEDICAL EQUIPMENT REMAINS WITH CPAPNOW, INC. UNTIL PAID IN FULL. THE ABOVE EQUIPMENT/SUPPLIES ARE NOT CONTINGENT UPON ANY INSURANCE COMPANY APPROVAL, OR A GUARANTEE OF THE PATIENT'S INSURANCE BENEFIT. CPAPNOW AGREES TO FILE A CLAIM TO THE INSURANCE COMPANY DESIGNATED BY THIS PATIENT. PAYMENT RESPONSIBILITY FOR ANY/ ALL NON-ASSIGNED CLAIM(S) IS THE RESPONSIBILITY OF THE PATIENT.

ASSIGNMENT OF BENEFITS: I REQUEST THAT PAYMENT OF MY BENEFITS FOR THE ITEMS SPECIFIED ABOVE ARE FORWARDED DIRECTLY TO CPAPNOW. AGREEMENT TO PAY: AS CPAPNOW, INC. HAS AGREED TO SUPPLY PATIENT WITH ANY EQUIPMENT, SUPPLIES AND SERVICES ORDERED BY PATIENT OR ON BEHALF OF PATIENT, THE UNDERSIGNED PATIENT OR AUTHORIZED REPRESENTATIVE AGREE THAT EACH OF THEM IS RESPONSIBLE FOR PAYMENT FOR ALL SUCH EQUIPMENT, SUPPLIES AND SERVICES PROVIDED TO THE PATIENT, I HAVE BEEN ADVISED OF MY OPTION TO RENT OR PURCHASE THE APPLICABLE ABOVE ITEMS. I REQUEST THAT PAYMENT OF AUTHORIZED MEDICARE, MEDICAID OR OTHER PRIVATE INSURANCE BENEFITS BE MADE EITHER TO ME OR ON MY BEHALF TO CPAPNOW, INC. FOR ANY SERVICES FURNISHED ME BY CPAPNOW, INC. I AUTHORIZE ANY HOLDER OF MEDICAL INFORMATION ABOUT ME TO RELEASE TO THE HEALTH CARE FINANCING ADMINISTRATION/ CENTER FOR MEDICARE AND MEDICAID SERVICES, OTHER PRIVATE INSURANCE AND IT'S AGENTS, ANY INFORMATION NEED TO DETERMINE THESE BENEFITS OR THE BENEFITS PAYABLE FOR RELATED SERVICES. THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS READ THE FOREGOING AND RECEIVED A COPY. THE UNDERSIGNED ALSO CERTIFIES THAT HE/SHE IS THE PATIENT, OR IS DULY AUTHORIZED BY THE PATIENT AS PATIENT'S GENERAL AGENT TO EXECUTE AND ACCEPT ITS TERMS. I UNDERSTAND THAT NO MODIFICATIONS OF THIS CONTRACT WILL BE BINDING UNLESS SUCH MODIFICATIONS ARE IN WRITING, DULY ACCEPTED, AND EXECUTED BY BOTH PARTIES.

**Thank You for Your Business !!!**

| | | |
|---|---|---|
| 1|6127|63209 | **Sales Order** 70307<br>**Customer** Rosales, Alma "<br>**Customer ID** 16998 | Page 1 of 1<br>Exhibit 2<br>4 of 6 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Norco**
www.norco-inc.com

"Norco Serves You Better"
MAIN OFFICE
1125 W Amity Rd.
Boise Idaho 83705

**SOLD BY:**
NORCO INC
1303 S SILVERSTONE WAY
MERIDIAN ID 83642
(208) 898-0202

FREIGHT CHARGES
DELIVERY CHARGES
MISC CHARGES

31559636709

**SHIP TO:**
ROSALES, ALMA J
2712 N GOLDENEYE WAY

MERIDIAN ID 83646-7803
Phone: (208) 871-7237

ROSALES, ALMA J
2712 N GOLDENEYE WAY

MERIDIAN ID 83646
Phone: (208) 871-7237

CHRG  21-NOV-19 09:11AM veronicas    SHIP DATE:11/21/19    -NONE- ROUTING # 001905 VBS

| ORDER NO. | DATE | CUST NO> | CUSTOMER NAME | CUSTOMER ORDER NO. | TERR | SALES | BRANCH | SHIP VIA | UPS | OTHER ZONE | COL | PPD | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62612028-00 | 11/21/19 | IF765 | ROSALES, ALMA J | | A00 | 09G | 009 | WILL CALL | 0 | 00 | | X | 2 |

| LINE NO | ITEM | WARE | ITEM DESCRIPTION | UNIT OF MEASURE | QTY ORDERED | QTY SHIPPED | ✓ | QTY B/O | BIN LOC | WEIGHT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | *** Flow rate: 2.0*** | | | | | | | | | |
| | | | Called in by: FAX Called in date: 11/12/2019 | | | | | | | | | |
| | | | Total Weight       .3751 | | | | | | | | Subtotal | 716.01 |
| | | | | | | | | | | | Tax | .00 |
| | | | | | | | | | | | Patient portion: | 61.06 |
| | | | | | | | | | | | Total Sale | 716.01 |

**IMPORTANT:** **THIS IS YOUR ONLY PROOF OF CYLINDERS RETURNED.** This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

ALL INVOICES UNPAID 30 DAYS AFTER STATEMENT DATE ARE SUBJECT TO A FINANCE CHARGE OF 1.75% PER MONTH (ANNUAL PERCENTAGE RATE OF 21%) OR A MINIMUM OF 50 CENTS ON THE BALANCE PAST DUE.

**WARNING:** It is **extremely dangerous** to transport gas cylinders in cars or enclosed vans. Doing so could **cause explosion or fire.** Norco delivers cylinder gases only to the platform of our loading dock or on Norco vehicles. **Customer hereby acknowledges the assumption of all responsibility and risk of loss** for movement, transportation, and storage of cylinder gases after transferring said cylinder gases from our loading dock or Norco vehicle.

CUSTOMER AGREES TO THE TERMS AND CONDITIONS ON BOTH SIDES OF THIS INVOICE. PLEASE READ CAREFULLY.

RECEIVED BY CUSTOMER                                           DATE

| ZONE 1 FILLER | WEIGHT |
|---|---|
| PACKER | |
| ZONE 2 FILLER | TOTAL PIECES |
| PACKER | |

**CUSTOMER COPY**

EXHIBIT 2
5 of 6

```
TRISTAN GALLOWAY DDS
   716 16TH AVE S
   NAMPA, ID. 83651
    208-466-4261

        Sale

xxxxxxxxxxxx4832
VISA                Entry Method: Chip
Total: $            116.00
10/14/19            10:56:49
Inv #: 000000001    Appr Code: 094998
Aprvd: Online

CHASE VISA
AID: A0000000031010
TVR: 00 80 00 80 00
TSI: F8 00

       Customer Copy
        THANK YOU!
```

```
    LLOWAY DDS
    H AVE S
    D. 83651
    6-4261

       ie

Entry Method: Chip
       208.00
       11:07:43
Appr Code: 030713






       er Copy
        K YOU!
```

# STATEMENT (Limited)
10/21/2019
Account Number 1534

| Amount Due | Date Due | Amount Enclosed |
|---|---|---|
| $0.00 | Upon Receipt | |

Payments can be made on the website: tristangallowaydds.com

CREDIT CARD TYPE  _____

\#  _____

3 DIGIT CSV  _____

EXPIRES  _____

AMOUNT APPROVED  _____

NAME  _____

SIGNATURE  _____

Total: $0.00
-Ins Estimate: $0.00
=Balance: $0.00

| Date | Patient | Code | Tooth | Description | Charges | Credits | Balance |
|---|---|---|---|---|---|---|---|
| 10/14/2019 | Alma 'Jeannet' | D0140 | | limited oral evaluation - problem focused | 70.00 | | 70.00 |
| 10/14/2019 | Alma 'Jeannet' | D0220 | | intraoral - periapical first radiographic image | 27.00 | | 97.00 |
| 10/14/2019 | Alma 'Jeannet' | D2920 | 18 | re-cement or re-bond crown | 89.00 | | 186.00 |
| 10/14/2019 | Alma 'Jeannet' | Pay | | VISA/MC payment. Thank you! $116.00 | | 116.00 | 70.00 |
| 10/21/2019 | Alma 'Jeannet' | D7210 | 18 | extraction, erupted tooth requiring removal of bone and/or sectioning of tooth, and including elevation of mucoperiosteal flap if indicated | 227.00 | | 297.00 |
| 10/21/2019 | Alma 'Jeannet' | Adjust | | Discount | | 89.00 | 208.00 |
| 10/21/2019 | Alma 'Jeannet' | Pay | | VISA/MC payment. Thank you! $208.00 | | 208.00 | 0.00 |

We will bill your insurance as a courtesy to you but YOU ARE ULTIMATELY RESPONSIBLE FOR ALL CHARGES. Please be aware that the insurance portion IS AN ESTIMATE ONLY and insurance companies will not guarantee payment until the claim is received and processed. Coverage may be different if your deductible has not been met, annual maximum has been met, or if your coverage table is lower than average.

EXHIBIT 2
6 OF 6