LAWRENCE G. WASDEN
ATTORNEY GENERAL OF IDAHO

STEVEN L. OLSEN, ISB # 3586
Chief of Civil Litigation

BRIAN V. CHURCH, ISB # 9391
CYNTHIA YEE-WALLACE, ISB # 6793
Deputy Attorneys General
Civil Litigation Division
PO Box 83720
Boise, Idaho  83720-0010
Telephone:  (208) 334-2400
Facsimile: (208) 854-8073
Email: brian.church@ag.idaho.gov
Email: cynthia.wallace@ag.idaho.gov

*Attorneys for Defendant
Idaho Department of Health and Welfare*

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| ALMA ROSALES,<br>                   Plaintiff<br><br>           v.<br><br>IDAHO DEPARTMENT OF<br>HEALTH AND WELFARE, et al.,<br>                   Defendants. | Case No. 1:19-cv-00426-DCN<br><br>**RESPONSE TO PLAINTIFFS'<br>MOTION FOR DEFAULT<br>JUDGMENT [Dkt. 22]** |

The plaintiff, Ms. Rosales[1], has filed a motion for default judgment against the

Department, claiming it has not answered her complaint in a timely manner.  Her motion should

be denied.  First, it appears that Ms. Rosales was unaware that the Court granted the

---

[1] The Department's attorney brings to the Court's attention that the motion [dkt. 22] and the opposition [dkt. 23] have been signed, "Raul Mendez [per or for] Alma Rosales." It appears that there may be confusion by the plaintiff regarding who can represent her in federal court. In federal court, 28 U.S.C. § 1654 requires Ms. Rosales to proceed pro se or be represented by counsel.  The civil rules require her as a pro se plaintiff to sign the pleading. Fed. R. Civ. P. 11.  *See Vanzant v. Wilcox*, 2018 WL 4762115 (D. Idaho Oct. 2, 2018) (addressing document signed by the pro se plaintiff's mother).  The confusion likely arises because in food stamp fair hearings, the participant can be represented by a non-lawyer, such as friend, relative, or other spokesperson.  *See* 7 C.F.R. § 273.15(f).

Department's request for an extension and ordered the Department respond to the Complaint no later than April 30, 2020. [Dkt. 21]. Second, the motion should also be denied because Ms. Rosales has not yet received a default per Rule 55(a). Fed. R. Civ. P. 55; *see Paddock v. Ballou*, 2018 WL 1902678 (D. Idaho April 20, 2018).

DATED: March 19, 2020

>STATE OF IDAHO
>OFFICE OF THE ATTORNEY GENERAL
>
>By: __/s/ Brian V. Church__
>BRIAN V. CHURCH
>Deputy Attorney General

## CERTIFICATE OF SERVICE

I certify that on March 19, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

I also certify that on March 19, 2020, I caused to be served the foregoing on the following non-CM/ECF registered participants by the following methods

Via first class mail, postage prepaid, addressed as follows:

>Alma Rosales
>2712 N. Goldeneye Way
>Meridian, ID 83646

>By: __/s/ Brian V. Church__
>BRIAN V. CHURCH
>Deputy Attorney General